NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1555

MARS INCORPORATED and MEI, INC.,

Plaintiffs-Appellees,

v.

JCM AMERICAN CORP. and JAPAN CASH MACHINE CO., LTD.,

Defendants-Appellants.

Michael T. Renaud, Pepper Hamilton LLP, of Boston, Massachusetts, argued for plaintiffs-appellees.  With him on the brief were James M. Wodarski and Lana A. Gladstein.

David B. Abel, DLA Piper LLP (US), of Los Angeles, California, argued for defendants-appellants.  Of counsel were William J. Hughes, Jr., Cooper Levenson April Niedelman & Wagenheim, P.A., of Atlantic City, New Jersey, and Michael D. Rounds, Watson Rounds, of Reno, Nevada.

Appealed from:  United States District Court for the District of New Jersey

Judge Robert B. Kugler

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1555

MARS INCORPORATED and MEI, INC.,

Plaintiffs-Appellees,

v.

JCM AMERICAN CORP. and JAPAN CASH MACHINE CO., LTD.,

Defendants-Appellants.

# Judgment

ON APPEAL from the        United States District Court for the
District of New Jersey

in CASE NO(S).        05-CV-3165.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, LOURIE, and LINN, Circuit Judges )

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 5, 2010          /s/ Jan Horbaly
Jan Horbaly, Clerk